NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

THEODORE ROLLO,                          )
                                         )
             Appellant,                  )
                                         )
v.                                       )          Case No. 2D18-306
                                         )
STATE OF FLORIDA,                        )
                                         )
             Appellee.                   )
_____  )

Opinion filed July 6, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Manatee County; Susan Maulucci,
Judge.

Theodore Rollo, pro se.


PER CURIAM.

         Affirmed.  See State v. Larzelere, 979 So. 2d 195 (Fla. 2008); State v.
Roby, 246 So. 2d 566 (Fla. 1971); McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA
2013); Doby v. State, 25 So. 3d 598 (Fla. 2d DCA 2009); Hughes v. State, 22 So. 3d
132 (Fla. 2d DCA 2009); Franke v. State, 997 So. 2d 424 (Fla. 2d DCA 2008); Valdez-
Garcia v. State, 965 So. 2d 318 (Fla. 2d DCA 2007); Steward v. State, 931 So. 2d 133
(Fla. 2d DCA 2006); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Brown v.
State, 827 So. 2d 1054 (Fla. 2d DCA 2002); Hillman v. State, 410 So. 2d 180 (Fla. 2d
DCA 1982); Woodberry v. State, 193 So. 3d 5 (Fla. 4th DCA 2016); Lopez v. State, 833

So. 2d 283 (Fla. 5th DCA 2002); Roberts v. State, 813 So. 2d 1016 (Fla. 1st DCA 2002); Harris v. State, 789 So. 2d 1114 (Fla. 1st DCA 2001).

CASANUEVA, LUCAS, and BADALAMENTI, JJ., Concur.